People v Torres (2024 NY Slip Op 01203)

People v Torres

2024 NY Slip Op 01203

Decided on March 6, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 6, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LINDA CHRISTOPHER
DEBORAH A. DOWLING
JANICE A. TAYLOR, JJ.

2018-15121

[*1]The People of the State of New York, respondent,
v
Samuel Torres, appellant. (S.C.I. No. 2624/17) Twyla Carter, New York, NY (Whitney Elliott of counsel), for appellant.

Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Ellen C. Abbot of counsel; Hunter Gajewski on the brief), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Gia L. Morris, J.), rendered December 14, 2017, convicting him of criminal possession of stolen property in the fourth degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is modified, on the law and as a matter of discretion in the interest of justice, by vacating the imposition of mandatory surcharges and fees; as so modified, the judgment is affirmed.
The defendant was convicted before the enactment of Criminal Procedure Law § 420.35(2-a), which permits the waiver of surcharges and fees for individuals, like the defendant, who were less than 21 years old at the time of the subject crime. This provision applies retroactively to cases, such as this one, that were pending on direct appeal on the effective date of the legislation (see People v Dyshawn B., 196 AD3d 638, 641). Given the People's consent, and in the exercise of our interest of justice jurisdiction, we modify the judgment by vacating the mandatory surcharges and fees imposed at sentencing (see CPL 420.35[2-a][c]; People v Sevaughn G., 199 AD3d 936, 937).
BARROS, J.P., CHRISTOPHER, DOWLING and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court